MAY 29, 1990

No. 89–1564.   POOLE ET AL. *v.* GRESHAM ET AL.   Affirmed on appeal from D. C. N. D. Ga.

No. A–818 (89–7056).   BLACKMON *v.* TEXAS.   Ct. Crim. App. Tex.   Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, granted pending this Court's action on the petition for writ of certiorari.   Should the petition for writ of certiorari be denied, this stay terminates automatically.   In the event the petition for writ of certiorari is granted, this stay shall remain in effect pending the issuance of the mandate of this Court.

No. A–822.   BILCIK ET AL. *v.* UNITED STATES ET AL.   Application for stay of an order of the United States District Court for the Southern District of New York, dated June 30, 1989, presented to JUSTICE MARSHALL, and by him referred to the Court, denied.

No. D–819.   IN RE DISBARMENT OF CHANG.   Disbarment entered.   [For earlier order herein, see 493 U. S. 949.]

No. D–839.   IN RE DISBARMENT OF HIGGINBOTHAM.   Disbarment entered.   [For earlier order herein, see 493 U. S. 973.]

No. D–856.   IN RE DISBARMENT OF SANDS.   Disbarment entered.   [For earlier order herein, see 493 U. S. 1066.]

No. D–875.   IN RE DISBARMENT OF STONER.   Disbarment entered.   [For earlier order herein, see 494 U. S. 1015.]

No. D–881.   IN RE DISBARMENT OF SHOEMAKER.   Disbarment entered.   [For earlier order herein, see 494 U. S. 1053.]

No. D–883.   IN RE DISBARMENT OF SINGER.   Disbarment entered.   [For earlier order herein, see 494 U. S. 1053.]

No. D–885.   IN RE DISBARMENT OF SANDERS.   Disbarment entered.   [For earlier order herein, see 494 U. S. 1053.]